**Affirmed and Opinion Filed November 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00149-CR

### KIERSTON RESCHKE, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 2
### Kaufman County, Texas
### Trial Court Cause No. 11CL-1081-2

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Brown
Opinion by Justice Lang

A jury convicted Kierston Reschke of driving while intoxicated. The trial court assessed punishment at 180 days' confinement in jail, probated for two years, and a $750 fine. We adopted the trial court's finding that appellant has abandoned her appeal, and we ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, no issues are before us.

Finding no fundamental error, we affirm the trial court's judgment.[1]

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140149F.U05

---

[1] Although not fundamental error, we note the trial court number at the top of the trial court's judgment is 13CL-0294-2, whereas all of the other documents in the clerk's record contain trial court no. 11CL-1081-2. It appears this discrepancy is a clerical error correctable by judgment nunc pro tunc. *See Smith v. State*, 15 S.W.3d 294, 298‒99 (Tex. App.‒Dallas 2000, no pet.) .



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KIERSTON RESCHKE, Appellant

No. 05-14-00149-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas
Trial Court Cause No. 11CL-1081-2.
Opinion delivered by Justice Lang. Justices FitzGerald and Brown participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 25th day of November, 2014.